Jesus BAEZ, Appellant,

v.

Officer ROSEMACK; Lee Whitter, PA; Nurse Putter; Dr. Nelson; Joyce Petterson; Nurse Petterson, PA; Michelle Holtan, Nurse; Dr. Cleghorn, MD; Nurse Cherry; and Warden D. Terrell, Appellees.

No. 11–3826.

United States Court of Appeals, Eighth Circuit.

Submitted: June 7, 2012.

Filed: July 9, 2012.

Jesus Baez, Rochester, MN, pro se.

---

Mary J. Madigan, Bahram Samie, Assistant U.S. Attorney, U.S. Attorney's Office, Minneapolis, MN, for Appellees.

Before BYE, COLLOTON, and GRUENDER, Circuit Judges.

PER CURIAM.

Jesus Baez appeals the district court's[1] adverse grant of summary judgment in his civil action. Upon de novo review, *see Laughlin v. Schriro,* 430 F.3d 927, 928 (8th Cir.2005), we agree that dismissal was proper for the reasons the district court stated. Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Richard H. Kyle, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Leo I. Brisbois, United States Magistrate Judge for the District of Minnesota.